B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**H.H. Holmes Testing Laboratories, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2549722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**170 Shepard Ave. #A<br>Wheeling, IL**<br><div align="right">ZIP Code<br>**60090-6061**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **H.H. Holmes Testing Laboratories, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Nelson Leasing** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | H.H. Holmes Testing Laboratories, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Gerald Munitz
Signature of Attorney for Debtor(s)

Gerald Munitz
Printed Name of Attorney for Debtor(s)

Butler Rubin Saltarelli & Boyd LLP
Firm Name

70 W. Madision Street
Suite 1800
Chicago, IL 60602
Address

312-696-4447
Telephone Number

December 16, 2010
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Scott R. Nelson
Signature of Authorized Individual

Scott R. Nelson
Printed Name of Authorized Individual

President
Title of Authorized Individual

December 16, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **H.H. Holmes Testing Laboratories, Inc.**         Case No. _____

                               Debtor(s)         Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AJAX Environmental & Safety<br>2573 S. Gessner<br>Ste. 128<br>Houston, TX 77063 | AJAX Environmental & Safety<br>2573 S. Gessner<br>Ste. 128<br>Houston, TX 77063 | Trade debt | | 16,197.89 |
| ALS Laboratory Group<br>P.O. Box 975444<br>Dallas, TX 75397 | ALS Laboratory Group<br>P.O. Box 975444<br>Dallas, TX 75397 | Trade debt | | 181,751.31 |
| American Express<br>BOX 0001<br>Los Angeles, CA 90096-0001 | American Express<br>BOX 0001<br>Los Angeles, CA 90096-0001 | Credit card purchases | | 15,767.67 |
| Best Drilling Services, Inc.<br>P.O. Box 845<br>Friendswood, TX 77549 | Best Drilling Services, Inc.<br>P.O. Box 845<br>Friendswood, TX 77549 | Trade debt | | 124,216.60 |
| CenTrust Bank, N.A.<br>385 Waukegan Rd.<br>Northbrook, IL 60062 | CenTrust Bank, N.A.<br>385 Waukegan Rd.<br>Northbrook, IL 60062 | Fixed Assets | Contingent<br>Unliquidated<br>Disputed | 924,818.28<br><br>(802,000.00 secured) |
| Data Device, Inc.<br>1919 S. Highland Ave.<br>Suite 320B<br>Lombard, IL 60148 | Data Device, Inc.<br>1919 S. Highland Ave.<br>Suite 320B<br>Lombard, IL 60148 | Unpaid service fees | | 19,005.70 |
| Deutsch, Levy & Engel Chartered<br>225 W. Washington St. - Ste. 1700<br>Chicago, IL 60606 | Deutsch, Levy & Engel Chartered<br>225 W. Washington St. - Ste. 1700<br>Chicago, IL 60606 | Unpaid service fees | | 18,854.57 |
| Gabriel Environmental Services<br>1421 N. Elston<br>Chicago, IL 60646 | Gabriel Environmental Services<br>1421 N. Elston<br>Chicago, IL 60646 | Trade debt | | 26,730.00 |
| IDES<br>P.O. Box 19299<br>Springfield, IL 62794-9299 | IDES<br>P.O. Box 19299<br>Springfield, IL 62794-9299 | State Taxes | | 55,161.60 |
| Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | State Taxes | Contingent<br>Unliquidated<br>Disputed | 69,860.96 |

B4 (Official Form 4) (12/07) - Cont.

In re    **H.H. Holmes Testing Laboratories, Inc.**                                        Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service P. O. Box 804522 Cincinnati, OH 45280-4522 | Internal Revenue Service P. O. Box 804522 Cincinnati, OH 45280-4522 | Federal Tax | | 1,174,371.10 |
| LPSR LLC 6723 Bridge St. Fort Worth, TX 76112 | LPSR LLC 6723 Bridge St. Fort Worth, TX 76112 | Trade debt | | 18,698.50 |
| Mandes Inspection & Testing 14403 A East Freeway Houston, TX 77015 | Mandes Inspection & Testing 14403 A East Freeway Houston, TX 77015 | Trade debt | | 19,659.06 |
| Manifest Funding Services 1450 Channel Parkway Marshall, MN 56258 | Manifest Funding Services 1450 Channel Parkway Marshall, MN 56258 | Trade debt | | 87,094.82 |
| Midwest Operating Engineers Union 6150 Joliet Rd. Countryside, IL 60525-3994 | Midwest Operating Engineers Union 6150 Joliet Rd. Countryside, IL 60525-3994 | Trade debt | | 75,472.71 |
| Nelson Leasing 170 Shepard Ave. #A Wheeling, IL 60090-6093 | Nelson Leasing 170 Shepard Ave. #A Wheeling, IL 60090-6093 | Unpaid rent | | 17,500.00 |
| Sprint P.O. Box 4181 Carol Stream, IL 60197-4181 | Sprint P.O. Box 4181 Carol Stream, IL 60197-4181 | Cell Phone Provider | | 19,832.75 |
| SWCA Enironmental Consultants 3033 N. Central Ave. Suite 145 Phoenix, AZ 85012 | SWCA Enironmental Consultants 3033 N. Central Ave. Suite 145 Phoenix, AZ 85012 | Trade debt | | 16,778.76 |
| Wilson Richardson LLC 1406 Halsey Way Suite 110 Carrollton, TX 75007 | Wilson Richardson LLC 1406 Halsey Way Suite 110 Carrollton, TX 75007 | Unpaid Rent | | 56,020.40 |
| Wisconsin Department of Revenue P. O. Box 930931 Milwaukee, WI 53293-0931 | Wisconsin Department of Revenue P. O. Box 930931 Milwaukee, WI 53293-0931 | State Taxes | Contingent Unliquidated Disputed | 18,286.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **December 16, 2010**                    Signature    **/s/ Scott R. Nelson**
                                                            **Scott R. Nelson**
                                                            **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   H.H. Holmes Testing Laboratories, Inc. _____    Case No. _____
                                        Debtor(s)            Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 240

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   December 16, 2010 _____          /s/ Scott R. Nelson _____
                                                   Scott R. Nelson/President
                                                   Signer/Title

A&R Fleet Services
1118 Wilson Rd.
Humble, TX 77338


AASHTO
Dept. 1013
Washington, DC 20061-1013


Ace Firm LLC
2 Rowan Tree Place
Conroe, TX 77384-4765


Adrienne Salazar
1007 W. Irving Park Rd.
Bensenville, IL 60106


ADT Security Services, Inc.
2250 W. Pinehurst Blvd.
Addison, IL 60101


AJAX Environmental & Safety
2573 S. Gessner
Ste. 128
Houston, TX 77063


Alexander Quintanar
1007 W. Irving Park Rd.
Bensenville, IL 60106


Alpha Testing, Inc.
2209 Wisconsin St., Ste. 100
Dallas, TX 75229


ALS Laboratory Group
P.O. Box 975444
Dallas, TX 75397


Am. Assoc. for Lab Accreditation
5301 Buckeystown Pike - Suite 350
Frederick, MD 21704-8307


Am. Society for Testing & Materials
GST/HST NO. 4129162244
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

American Cube Mold
1515 W. 130th St. Bldg. C
Hinckly, OH 44233

American Express
BOX 0001
Los Angeles, CA 90096-0001

American Outfitters
3700 Sunset Avenue
Waukegan, IL 60087

American Waste Disposal
814 Rachelle Drive
Red Oak, TX 75154

Andrew Hogan
5900 Cr 1217
Cleburne, TX 76033

Aquatic Affects, Inc.
PO Box 6291
Buffalo Grove, IL 60089

Archer Morgan Consulting
21566 Kingsbend Dr.
Kingwood, TX 77339

ASCE
c/o D. Chastain, Treasurer
5910 W. Plano Parkway Suite 200
Plano, TX 75093

Association of Licensed Architects
P.O. Box 687
Barrington, IL 60011-0687

ASTM CCRL Programs
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

AT&T
P.O. Box 5019
Carol Stream, IL 60197

Aviles Engineering Corp.
5790 Windfern
Houston, TX 77041


Berry Grubbs



Best Drilling Services, Inc.
P.O. Box 845
Friendswood, TX 77549


Bravura Networks
9095 Rio San Diego Drive
Suite 220
San Diego, CA 92108


Brian Wilk
736 Bristol Ave.
Westchester, IL 60154


Cal-Rite Corporation
1665 Quincy Avenue
#123
Naperville, IL 60540


Calumet Associates, Inc.
6245 S. Oak Park Ave.
Chicago, IL 60638-4015


Cbeyond
P.O. Box 848432
Dallas, TX 75284-8432


CenTrust Bank, N.A.
385 Waukegan Rd.
Northbrook, IL 60062


Century Automatic Sprinkler Co.
1570 Saint Paul Avenue
Gurnee, IL 60031-2148


Charles Cranford III
2428 Trailside Lane
Wauconda, IL 60084

Christina Kane
3500 Bayside Dr. #6
Palatine, IL 60074


Chuck Faso
2104 W. Devon
Park Ridge, IL 60068


Cintas
825 W. Sandy Lake Rd.
Ste. 100
Coppell, TX 75019


CIT Technology Fin. Svcs., Inc.
21146 Network Place
Chicago, IL 60673-1211


City of Fort Worth
Fire Department Revenue Group
P.O. Box 17026
Fort Worth, TX 76102-0026


City of Humble
Photo Enforcement Program
P.O. Box 22091
Tempe, AZ 85285-2091


City of Jersey Village
PO Box 742503
Cincinnati, OH 45274


City of Richardson
Tax Department
P.O. Box 830129
Richardson, TX 75083


Clavel Finley
2039 Knoll Crest Dr.
Arlington, TX 76014


Clear
740 E. Campbell
Richardson, TX 75081

Clearbrook Center


Comed
Bill Payment Center
Chicago, IL 60668-0001


Commerce Executive Joint Venture
P.O. Box 795245
Dallas, TX 75379


Component Sales and Services, Inc.
P.O. Box 11009
Houston, TX 77293-1009


Construction Services Associates
166 W. Washington St.
Suite 750
Chicago, IL 60602


Contractors Adjustment Company
570 Lake Cook Road, Ste. 305
Deerfield, IL 60015


CTL Group
Attn: Accounting
5400 Old Orchard Road
Skokie, IL 60077-1030


Culligan
P.O. Box 5277
Carol Stream, IL 60197-5277


Cutler Smith, P.C.
Park Central 7
12750 Merit Drive
Dallas, TX 75251


D/I Laser Products of Dallas, Inc.
P.O. Box 674052
Dallas, TX 75267

Daimler Chrysler Services
DC Truck Financial
13650 Heritage Parkway
Haltom City, TX 76117

Dallas Cnty Tax Assessor-Col
P.O. Box 139066
Dallas, TX 75313-9066

Daniel Nelson
20302 Washington
Union Grove, WI 53182

Daniel Peterson
1007 W. Irving Park Rd.
Bensenville, IL 60106

Data Device, Inc.
1919 S. Highland Ave.
Suite 320B
Lombard, IL 60148

DB Machine Company
420 N River Road
Mt. Prospect, IL 60056

Deep Foundations Institute
326 Lafayette Ave.
Hawthorne, NJ 07506

Dell Credit Plan
Credit Card Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Derek Haskovec
1204 Sundale St.
Ennis, TX 75119

Deslauriers
28031 Network Place
Chicago, IL 60673-1280

Deutsch, Levy & Engel Chartered
225 W. Washington St. - Ste. 1700
Chicago, IL 60606


DEX
8519 Inovation Way
Chicago, IL 60682-0085


Diamond Blade Warehouse
P. O. Box 5759
Vernon Hills, IL 60061


Diedrich Drill,Inc
5 Fisher Street
Laporte, IN 46350


Donna Peterson
1007 W. Irving Park Rd.
Bensenville, IL 60106


Douglas Diefenthal
705 E. Devon
Roselle, IL 60172


Elan Financial Services
P. O. BOX 790408
St. Louis, MO 63179-0408


Elite Office Products
883 Cambridge Drive
Elk Grove Village, IL 60007


Environmental Data Resources, Inc.
440 Wheelers Farm Road
Milford, CT 06461


Equality
3003 Bingle Road
Houston, TX 77055


F2B Mobile Solutions LLC
c/o Micro Systems Leasing
4300 Teckla Blvd. Ste. A17
Amarillo, TX 79109

FASTENAL
P. O. Box 978
Winona, MN 55987


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Ford Motor Company
P.O. Box 537901
Livonia, MI 48153-7901


Fox Valley General Contractors
2020 Dean Unit I
P.O. Box 478
St. Charles, IL 60174


Freese and Nichols, Inc.
4055 International Plaza
Suite 200
Fort Worth, TX 76109-4895


Frieda Nelson
435 Alles #203
Chicago, IL 60641-6001


FUTA
P.O. Box 804522
Cincinnati, OH 45280-4522


Gabriel Environmental Services
1421 N. Elston
Chicago, IL 60646


GE Capital
P.O. Box 802585
Chicago, IL 60680-2585


George Curtis
1628 Plum Court
Downers Grove, IL 60515


GeoSearch
PO Box 975353
Dallas, TX 75397

GM Industries
c/o Mazon Associates, Inc.
P.O. Box 166858
Irving, TX 75016-6858


GMAC
P.O. Box 380902
Bloomington, MN 55438-0902


Groban Supply
9300 South Drexel
Chicago, IL 60090


Ground Engineering Consultants
350 Pfingsten Rd.
Unit 106
Northbrook, IL 60062-2032


Guardian Insurance Co.
P.O. Box 95101
Chicago, IL 60694-5101


Hal Weinberger
2105 N Southport Ave
Chicago, IL 60614


HCTRA
Dept. 1, P.O. Box 4440
Houston, TX 77210-4440


Houston Police Department
Photo Enforcement Program
P.O. Box 742503
Cincinnati, OH 45274-2503


Humboldt Mfg. Co.
Dept #8050
P. O. Box 87618
Chicago, IL 60680-0618


HVJ Associates
9200 King Arthur Drive
Dallas, TX 75247-3610

Ibrahim Johnson
7215 Spring Cypress
Spring, TX 77379


IDES
P.O. Box 19299
Springfield, IL 62794-9299


IKON Financial Services
P.O. Box 650016
Dallas, TX 75265-0016


IKON Office Solutions
P.O. Box 802815
Chicago, IL 60680-2815


Illini Televising Testing & Cleaning
P.O. Box 435
Belvidere, IL 61008


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


Illinois Secretary of State
Jesse White
213 State Capitol
Springfield, IL 62756


Inst. of Packaging Professionals
1601 N. Bond St.
Suite 101
Naperville, IL 60563


Internal Revenue Service
P. O. Box 804522
Cincinnati, OH 45280-4522


Intren, Inc.
18202 W. Union Rd.
Union, IL 60180


J.J. Keller
P.O. BOX 548
Neenah, WI 54957-0548

James Galligan
3300 Indianwood Lane
Joliet, IL 60431


James Peel
7936 Hunters Glen Drive
Fort Worth, TX 76148


Jamie Lynn Williams
2936 W. 99th Place
Evergreen Park, IL 60805


Jan Luchinski
1910 Driftwood Court
Hoffman Estates, IL 60192


JEFFCO
11525 Timberwild
The Woodlands, TX 77380


Jeffco Diamond Products & Repair
11525 Timberwild
The Woodlands, TX 77380


Jeffrey Haskins
1 S. Melrose St.
Elgin, IL 60123


Jessica O'Rourke
3809 Pine Lake Drive
Pearland, TX 77581


John LeGolvan
9214 Walnut Glen Drive
Houston, TX 77064


John Sakash Company, Inc.
700 Walnut St.
Elmhurst, IL 60126


Johnny Tatum
9 Hopvine Court
Spring, TX 77381

Joseph Popeck
25231 W. Chicago Ave.
Ingleside, IL 60041


Kent Stephen
1531 Harvest Run Drive

Allen, TX 75002


Kimbrough Fire Extinguisher, Inc.
P.O. Box 13296
Arlington, TX 76094-0296


Kwik Kar Lube & Tune
6723 Bridge St.
Fort Worth, TX 76112


Lake Land College
5001 Lake Land Blvd
Mattoon, IL 61938-9366


Laura Blye
1255 W. Pratt
Chicago, IL 60626


Laura Schroeder
1265 Devonshire Rd.
Buffalo Grove, IL 60089


Legal Liaison Service
6208 Lincoln Avenue
Morton Grove, IL 60053


Leigh Wojton
3268 Rfd
Lake Zurich, IL 60047


LPSR LLC
6723 Bridge St.
Fort Worth, TX 76112


Lucy James
865 Hillside Drive
Bensenville, IL 60106

Luis Correa
5928 W. Patterson
Chicago, IL 60634


Lyman & Nielsen, LLC
1301 W. 22nd, Ste. 914
Oak Brook, IL 60523


M.A. Industries
P.O. Box 2322
Peachtree City, GA 30269


Mailroute, Inc.
6 Arbolado Court
Manhattan Beach, CA 90266


Mandes Inspection & Testing
14403 A East Freeway
Houston, TX 77015


Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258


Mason Contractor Assoc.
1480 Renaissance Drive
Suite 401
Park Ridge, IL 60068


Material Service Testing
921 W. Van Buren Street
Ste 115
Chicago, IL 60607


McHenry Analytical Water Lab, Inc.
4314-A Crystal Lake Rd.
McHenry, IL 60050-4208


Meyer Material Co.
P.O. Box 511
1819 N. Dot Street
McHenry, IL 60051-0511

MG Drilling
6510 Fairway Drive
Houston, TX 77087


Michael F. Pistilli
33W234 Brewster Creek Circle
Wayne, IL 60184


Michael Fuller
180 Meadows Drive
McKinney, TX 75071


Michael Palmer
2940 Windchaser Blvd.
Houston, TX 77082


Michael Ryan
351 N. Larch
Elmhurst, IL 60126


Mid-West Building Maintenance, Inc.
P.O. Box 814833
Dallas, TX 75381-4833


Midwest Operating Engineers Union
6150 Joliet Rd.
Countryside, IL 60525-3994


Milco Safety Rental
4350 S. Wayside
Suite 107
Houston, TX 77087


Miranda Office Partners III, L.P.
15333 JFK Blvd 220
Houston, TX 77032


Mostardi Platt Environmental
1520 Kensington Rd.
Oakbrook, IL 60523


Munoz Engineering & Associates
P.O. Box 573011
Houston, TX 77257

National Notary Association
9350 De Soto Avenue
P.O. Box 2402
Chatsworth, TX 91313-2402


Nelson Leasing
170 Shepard Ave. #A
Wheeling, IL 60090-6093


Nicholas Ciofani
201 Button St.
Little Elm, TX 75068


Nicholas Terzo
591 Sussex Court
Elk Grove Village, IL 60007


Nicor
PO Box 416
Aurora, IL 60568-0001


North Texas Tollway Authority
Customer Service Center
P.O. Box 260928
Plano, TX 75026-0928


Northwest Community Hospital
P.O. Box 95698
Chicago, IL 60694-5698


Ntl. Engineering & Geoscience
P.O. BOX 3269
Great Falls, MT 59403


Oak Lawn Photo Enforcement
Program Payment Center
PO Box 42034
Cleveland, OH 44101


Omega Engineering Inc.
PO Box 405369
Box 4047
Atlanta, GA 30384-5369

Overhead Garage Door
34691 N. Wil.son Road
Ingleside, IL 60041


Ozarka
#215 6661 Dixie Hwy
Suite 4
Louisville, KY 40258


Parkway Printing
P.O. BOX 434
Prospect Heights, IL 60070


Patrick Walsh
222A Klein Creek Court
Carol Stream, IL 60188


Payroll 1
P.O. Box 410471
St. Louis, MO 63141


PB Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042


Pete's Perfection Plus
435 S. Wheeling Rd.
Wheeling, IL 60090


Peter Schroeder
1265 Devonshire Rd.
Buffalo Grove, IL 60089


Peter Sidorczuk
2634 N. Windsor Dr.
Arlington Heights, IL 60004


Pitney Bowes Global Financial
P. O. Box 856390
Louisville, KY 40285-6390


Ploog Engineering Co. Inc.
814 N. Indiana Ave.
Crown Point, IN 46307

Precision Calibation & Repair
3130 Farrell Road
Houston, TX 77073


Progressive Office Equipment
2345 White Oak Dr.
Northbrook, IL 60062


Protection One
P.O. Box 5714
Carol Stream, IL 60197-5714


Qual Cal Scale Services
1724 Lacy Drive
Ste. 104
Ft. Worth, TX 76177


Querry & Harrow, Ltd.
175 West Jackson, Ste. 1600
Chicago, IL 60604


R.W. Zeller Sales
45W660 Plank Rd.
Hampshire, IL 60140


Rathburn Cservenyak & Kozol LLC
3260 Executive Drive
Joliet, IL 60431


Reed Construction Data
P.O. Box 2241
Carol Stream, IL 60132-2241


Registration Fee Trust
P.O. Box 3279
Milwaukee, WI 53201


Richard Glefke
32W816 Hecker Dr.
Dundee, IL 60118


Richardson ISD Tax Office
PO Box 830625
Richardson, TX 75081

Roberto Cavazos
5429 Deerfield Rd.
Racine, WI 53406


Roger Palmen Auto Sales
19212 Spring Street
Union Grove, WI 53182


RSSI
6312 West Oakton
Morton Grove, IL 60053-2723


Sabri George
12735 Whittington Dr.
Houston, TX 77077


Scott Linskey
635 Oakton
Elk Grove Village, IL 60007


Scott Mesker
2112 Countryside Circle
Naperville, IL 60565


Scott R. Nelson
20302 Washington
Union Grove, WI 53182


Sears & Anderson
245 Eric Drive
Palatine, IL 60070


Seiler Instrument & MFG Co.
433 Tree Court Industrial
St. Louis, MO 63122


Siemens Water Tech. Corp.
P.O. Box 360766
Pittsburgh, PA 15250-6766


Sikich LLP
998 Corporate Blvd.
Aurora, IL 60502

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Staples Business Advantage
Dept. DET
PO Box 83689
Chicago, IL 60696-3689


Star Tire Company
10952 Harry Hines Road
Dallas, TX 75220


Stat Analysis Corporation
2242 W. Harrison, Ste. 200
Chicago, IL 60612-3766


State Farm Insurance
2702 Ireland Grove Rd
Bloomington, IL 61709


State Farm Life
2702 Ireland Grove Rd.
Bloomington, IL 61709


Steel Inspectors of Texas, Inc.
P.O. Box 150987
Forth Worth, TX 76108


Steelcase Financial
Administration Center
475 Sansome St.
San Francisco, CA 94111-3112


Stephanie Florey
945 Livingston Lane
Barrington, IL 60010


Stephen C. Powell
1153 E. Patten Dr.
Palatine, IL 60006


Stephen Skidmore
6333 Langham Way
Houston, TX 77084

SWCA Enironmental Consultants
3033 N. Central Ave.
Suite 145
Phoenix, AZ 85012


Swinglift USA, Inc.
P.O. Box 92039
Southlake, TX 76092


Tarrant County Tax Assessor
P.O. Box 961018
Fort Worth, TX 76161-0018


Team Consultants, Inc.
2970 S. Walton Walker
Dallas, TX 75211


Tech Lab Industries, Inc.
P.O. Box 6217
Arlington, TX 76005


Texas Council of Engineering Co.
1001 Congress Ave.
Suite 200
Austin, TX 78701


Texas Valve & Fitting Col
10460 Miller Road
Dallas, TX 75238


Texas Workforce Commission
Regulatory Integrity Division
Austin, TX 78778-0001


The Face Companies
427 W. 35th Street
Norfolk, VA 23508


The McGraw Hill Companies
7625 Collection Center Drive
Chicago, IL 60693

The PM Center
2556 Glenda Lane
S-200
Dallas, TX 75229


Tiffany Kingsbury
3809 Pine Lake Drive
Pearland, TX 77581


Timmy L. Dell
43W363 Sanctuary Tr.
Saint Charles, IL 60175


Tinius Olsen
1065 Easton Road
P.O. Box 1009
Horsham, PA 19044-8009


Todd R. Nelson
150 Shepard Ave. #A
Wheeling, IL 60090-6061


TRI/Environmental
9063 Bee Caves Road
Austin, TX 78733


Troxler Electronic Labs
3008 Cornwallis Rd.
P.O. Box 1205
Durham, NC 27709


Universal Construction Testing, Ltd
236 Egidi Drive
Suite D
Wheeling, IL 60090


VIBRA-TECH
P.O. Box 266
109 1st st
Glasgow, KY 42141


Village of Huntley
11333 Kiley Drive
Huntley, IL 60142

Village of McCook
5000 Glencoe Avenue
P.O. Box 1503
McCook, IL 60525-1503


Village of Wheeling
255 West Dundee Road
Wheeling, IL 60090-2676


Wake, Inc.
215 Broadus St.
Sturgis, MI 49091


Waste Corporation of Texas
6632 John Ralston Road
Houston, TX 77049


Weiss Benjamin Gussin Block LLP
801 Skokie Blvd.
Suite 1000
Northbrook, IL 60062


Wells Fargo Financial
300 Tri-State International
Suite 400
Lincolnshire, IL 60069-4417


West Bend Mutual Ins. Company
1900 S. 18th Ave.
West Bend, WI 53095


Westside Mechanical, Inc.
2007 Coorporate Lane
Naperville, IL 60563-9647


Whips Automotive, Inc.
120 McHenry Road
Wheeling, Il 60090


William Selman
1884 Sterling Height Ct.
Antioch, IL 60002

Wilson Richardson LLC
1406 Halsey Way Suite 110
Carrollton, TX 75007


Windy City Popcorn
P.O. Box 3560
Joliet, IL 60090


Wisconsin Department of Revenue
P. O. Box 930931
Milwaukee, WI 53293-0931


Wisconsin Dept. of Workforce Devele
P.O. Box 930931
Madison, WI 53707-7495


Wiss Janney Elstner Assoc., Inc.
PO Box 71801
Chicago, IL 60694


Xenco Laboratories
4143 Greenbriar Drive
Stafford, TX 77477


Zuhair Shubbar
1234 Richard Oaks Dr.
Richardson, TX 75081

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                              )     Chapter 11
    H.H. Holmes Testing Laboratories, Inc.     )     Bankruptcy Case No.
                             )
                             )
                             )
    Debtor(s)                    )

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER      Date: _12/16/2010_

A.      To be completed in all cases.

         I(we) **Scott R. Nelson**, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.      To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

         ☐     I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

         ☒     I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____      Signature _____
        Scott R. Nelson
     (Debtor or Corporate Officer, Partner or Member)            (Joint Debtor)

# United States Bankruptcy Court
## Northern District of Illinois

In re    H.H. Holmes Testing Laboratories, Inc.

Debtor(s)

Case No. _____

Chapter    11

# AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**H.H. Holmes Testing Laboratories, Inc.**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Gerald Munitz**, certify under penalty of perjury that the above is true and correct.

Executed on   **December 16, 2010**

**/s/ Gerald Munitz**
Signature
**Gerald Munitz**