UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> H.H. Holmes Testing Laboratories, Inc., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 10-55500 (SPS) <br> ) Jointly Administered <br> ) <br> ) <br> ) <br> ) |

**Debtor in Possession's Final Report and Account and Schedule of Unpaid Obligations Incurred After Filing of Petition under Chapter 11**

H.H. Holmes Testing Laboratories, debtor ("Holmes Debtor"), for its final accounting pursuant to Bankruptcy Rule 1019(5), respectfully reports and represents:

1. Holmes Debtor filed its chapter 11 case on December 16, 2010.

2. An order converting the case to a case under chapter 7 of the Bankruptcy Code was entered on December 28, 2011 and David P. Leibowitz, Esq. was appointed interim trustee. Holmes Debtor has turned over to the said interim trustee various records and property of the estate which were in its possession or control on the date of the conversion order. The trustee may seek to image additional records of Holmes Debtor.

3. Schedule "A" hereto lists all receipts and disbursements made by Holmes Debtor which had not been included in one of the monthly reports filed by Holmes Debtor during the pendency of the chapter 11 case.

4. Schedule "B" hereto is a schedule of unpaid debts incurred after commencement of the chapter 11 case. It was previously filed with the Court on January 11, 2012.

5. Schedule "C" hereto is a copy of the sale orders entered by the Court in these cases and a copy of the asset purchase agreements ("APAs"). The orders and the APAs indicate the disposal of property of the estate to Holmes Testing, Inc. and D&S Engineering Labs, PLLC. There were no other sales of estate property.

Dated: January 27, 2012

H.H. Holmes Testing Laboratories, Inc.

By: *[signature]*

Scott Nelson

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are H.H. Holmes Testing Laboratories, Inc, (9722) and Nelson Leasing (0745).

1

00002716.DOCX V-

## CERTIFICATE OF SERVICE

I, Dean C. Gramlich, an attorney, hereby declare under penalty of perjury that the above Final Report and Account and Schedule of Unpaid Obligations Incurred after Filing of Petition under Chapter 11, was served via CM/ECF on January 27, 2012 upon the Chapter 7 trustee and the United States Trustee and all other parties receiving notice through CM/ECF.

_____
Attorney for Debtor

## SERVICE LIST

**Via CM/ECF**

David B. Leibowitz
Chapter 7 Trustee
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085-4216

Stephen G. Wolfe
United States Trustee
Office of the U.S. Trustee (Region 11)
219 S. Dearborn St., Room 873
Chicago, IL  60604

00002716.DOCX V-