UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| H.H. Holmes Testing Laboratories, Inc., | ) ) ) | Case No. 10 B 55500 |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) ) ) | |

NOTICE OF FINAL HEARING ON TRUSTEE'S MOTION FOR ENTRY OF FINAL
ORDER TO SELL CERTAIN ASSETS PURSUANT TO 11 U.S.C § 363

**Hearing Date and Time:**   June 20, 2012 at 10:30 a.m.

**Hearing Location:**   Courtroom 642
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

NOTICE IS HEREBY GIVEN that, on April 18, 2012, the Court conducted a hearing on the Trustee's *Motion for Authority to Sell Certain Assets Free and Clear of Liens Pursuant to 11 U.S.C. 363* ("Motion"). On April 18, 2012, the Court entered Trustee's *Order Granting Motion for Authority to Sell Certain Assets Pursuant to 11 U.S.C. § 363* and hereby (a) approving the Asset Purchase Agreement; (b) authorizing the Trustee to advertise the Sale of the Assets on the National Association of Bankruptcy Trustee's website (www.nabt.org); (c) authorizing the Sale of the Assets to JRB Engineering, LLC if the Trustee does not receive any additional offers; (d) Scheduling a Final Hearing on the Motion; and (d) granting the relief sought in the Motion. [Docket No. 244] (the "Sale Order").

NOTICE IS HEREBY GIVEN that a final hearing on the Motion before Honorable Timothy A. Barnes has been scheduled for **June 20, 2012 at 10:30 a.m.**, Courtroom 642, Everett

McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

Interested parties seeking further information may contact the undersigned counsel.

| | |
|---|---|
| Dated: June 6, 2012 | **DAVID P. LEIBOWITZ, CHAPTER 7 TRUSTEE FOR THE ESTATE OF H.H. HOLMES TESTING LABORATORIES, INC.** |

By: /s/ David P. Leibowitz

David P. Leibowitz (ARDC #1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216