UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-55500 |
| | ) | |
| H.H. Holmes Testing Laboratories, Inc. | ) | Chapter: 7 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO SELL ASSETS**

Upon consideration of the motion to authorize David P. Leibowitz ("Trustee"), chapter 7 trustee of H.H. Holmes Testing Laboratories, Inc. to sell certain assets pursuant to 11 U.S.C. § 363 [Docket No. 228] (the "Motion"); and the Court's order on April 18, 2012 grating certain relief requested in the Motion for authority to sell certain assets free and clear of liens pursuant to 11 U.S.C. § 363 [Docket No. 244] ("Sale Order"), the Trustee representing that no additional or competing qualified bids had been submitted to the estate [Docket No. 258] and the Court having conducted a final hearing (the "Final Hearing"); and it appearing that no other or further notice need be provided:

IT IS HEREBY ORDERED:

1. The Motion is granted as set forth herein.

2. The Trustee, having properly advertised the prospective sale of assets contemplated in the Motion is hereby authorized to sell the equipment, furniture, computers and contracts ("Property") as referenced in the Sale Order.

3. The Trustee is hereby authorized sell the Property to the JRB Engineering LLC ("Purchaser") as no additional or competing qualified bids were submitted for the Property.

4. The Trustee is authorized to execute any document, including the Asset Purchase Agreement attached as Exhibit A to the Motion, and take all additional actions that are necessary and appropriate to complete the sale of the Property to the Purchaser.

5. Sufficient and adequate notice of the Motion and the Final Hearing has been given, and no further notice of or hearing on the relief sought is required;

Rev: 20120501_bko

6. This is order shall be final and effective immediately.

Enter:

*[signature]*

United States Bankruptcy Judge

Dated: **20 JUN 2012**

**Prepared by:**
Jonathan T. Brand (ARDC # 6294885)
Lakelaw
53 W. Jackson Street, Suite 1610
Chicago, IL 60604
Phone: (312) 360-1505