**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 10-55500 |
| H.H. HOLMES TESTING | **)** | |
| LABORATORIES, INC., | **)** | Hon. Timothy A. Barnes |
| | **)** | |
| Debtor. | **)** | **Hearing Date: November 25, 2014** |
| | **)** | **Hearing Time: 10:00a.m.** |

**NOTICE OF THIRD AND FINAL APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, FOR THE PERIOD OF FEBRUARY 22, 2014 THROUGH OCTOBER 30, 2014 , (II) AUTHORIZING PAYMENT OF THE UNPAID FEES AND REIMBURSEMENT OF UNPAID EXPENSES AND (III) LIMITING NOTICE**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Tuesday, November 25, 2014** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Timothy A. Barnes or any judge sitting in his stead, in Courtroom 613, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Third and Final Application of Fox, Swibel, Levin & Carroll, LLP for and Order (I) Allowing an Administrative Claim for Compensation and Reimbursement of Expenses, for the Period of February 22, 2014 Through October 30, 2014, (II) Authorizing Payment of the Unpaid Fees and Reimbursement of Unpaid Expenses and (III) Limiting Notice**, at which time and place you may appear as you see fit.

Dated: November 3, 2014

**David P. Leibowitz, not individually, but solely in his capacity as chapter 7 trustee for the Bankruptcy Estate of H.H. Holmes Testing Laboratories, Inc.,**

By:   */s/ N. Neville Reid*
           One of his attorneys

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201
*Special Litigation Counsel to Chapter 7 Trustee, David P. Leibowitz*

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 3, 2014, I caused the **Third and Final Application of Fox, Swibel, Levin & Carroll, LLP for and Order (I) Allowing an Administrative Claim for Compensation and Reimbursement of Expenses, for the Period of February 22, 2014 Through October 30, 2014, (II) Authorizing Payment of the Unpaid Fees and Reimbursement of Unpaid Expenses and (III) Limiting Notice**, to be filed electronically and for notice to be served electronically upon all parties set up to receive notice through the Court's ECF filing system, and to be served via postage-prepaid first-class U.S. Mail, as indicated on the Service List attached hereto.

*/s/ N. Neville Reid*
N. Neville Reid

## **SERVICE LIST**

**Parties to receive notice through Court's ECF filing system:**

John M Brom on behalf of Defendant The Latham Group, Inc.
jbrom@querrey.com, dkastner@querrey.com, dnuding@querrey.com

Francisco Connell on behalf of Creditor Centrust Bank N.A.
fconnell@chuhak.com, hcummins@chuhak.com

Robert W Darnell on behalf of Interested Party United States Of America
robert.darnell@usdoj.gov

Dennis A Dressler on behalf of Creditor Wells Fargo Financial Leasing Manufactuer Service Group, a Division of Wells Fargo Bank, N.A.
ddressler@dresslerpeters.com

Thomas R. Fawkes on behalf of Creditor Bank of Kenosha
tfawkes@freeborn.com, bkdocketing@freeborn.com

E. Philip Groben on behalf of Defendant Scott R. Nelson
pgroben@cohenandkrol.com, trotman@cohenandkrol.com, pmchugh@cohenandkrol.com

Neil E Holmen on behalf of Creditor Bureau Veritas North America, Inc.
nholmen@wwmlawyers.com, lfelau@wwmlawyers.com

James W Kienzle on behalf of Creditor Bureau Veritas North America, Inc.
jkienzle@wwmlawyers.com

Kathryn A Klein on behalf of Creditor DCFS USA, L.L.C. (DCFS)
iln@riezmanberger.com

Elizabeth A LaRose on behalf of Defendants International Union of Operating Engineers, Local 150, AFL-CIO,  Midwest Operating Engineers Apprenticeship Fund, Midwest Operating Engineers Fringe Benefits Fund, Midwest Operating Engineers Pension Fund, Midwest Operating Engineers Welfare Fund
elarose@local150.org, docketing@local150.org, lkramer@local150.org

Nathan D Larsen on behalf of Defendant Butler Rubin Saltarelli & Boyd LLP
nlarsen@butlerrubin.com, gcolavito@butlerrubin.com, ccoronado@butlerrubin.com, jdubner@butlerrubin.com, akubacki@butlerrubin.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

David P Leibowitz, ESQ
dleibowitz@lakelaw.com, il64@ecfcbis.com, ECF@lakelaw.com, dl@trustesolutions.com, dl@trustesolutions.net

Bryan Minier, E on behalf of Creditor Lamb, Little & Co.
bminier@pedersenhoupt.com

Gerald F. Munitz on behalf of Debtor Nelson Leasing
gmunitz@nealwolflaw.com, nwolf@nealwolflaw.com, dwolski@nealwolflaw.com, dgramlich@nealwolflaw.com

Joel R Nathan on behalf of Interested Party United States Nuclear Regulatory Commission
joel.nathan@usdoj.gov, paula.gabriel@usdoj.gov, marina.ravelo@usdoj.gov, carol.bithos@usdoj.gov, ecf1.ausa@usdoj.gov

Elizabeth Gayle Peterson on behalf of Plaintiff Daivd P. Leibowitz
epeterson@fslc.com, docket@fslc.com;bkdocket@fslc.com

James M Philbrick on behalf of Creditor Ally Financial f/k/a GMAC
jmphilbrick@att.net

Jeffrey B Rose on behalf of Defendant Silverman Consulting, Inc.
jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com

Brian L Shaw on behalf of Defendant TSIT a/k/a T. Smith Inspection and Testing LLC
bshaw100@shawfishman.com, bharrington@shawfishman.com

Zachary M Stern on behalf of Defendant Silverman Consulting, Inc.
zstern@tishlerandwald.com

Cheryl Tama Oblander on behalf of blank Nelson Leasing
ctama@butlerrubin.com, mcripe@butlerrubin.com

Brian Ira Tanenbaum on behalf of Creditor Centrust Bank N.A.
brian@bitlaw.org

Bruce L Wald on behalf of Defendant Silverman Consulting, Inc.
bwald@tishlerandwald.com

Neal L Wolf on behalf of Financial Advisor Silverman Consulting and Nelson Leasing
nwolf@nealwolflaw.com, dwolski@nealwolflaw.com, dgramlich@nealwolflaw.com, jlenzke@nealwolflaw.com, jbenson@nealwolflaw.com, fdosunmu@nealwolflaw.com, mwanser@nealwolflaw.com, mkhambati@nealwolflaw.com, sholstrom@nealwolflaw.com

Stephen G Wolfe on behalf of U.S. Trustee Patrick S Layng
steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

Bruce E de'Medici on behalf of Interested Party Holmes Testing, Inc. and Windmill Environmental Services, LLC
bdemedici@gmail.com

**Parties to receive notice electronically via email:**

Jonathan T. Brand on behalf of David P. Leibowitz
jbrand@lakelaw.com

**Parties to receive notice via postage prepaid first-class U.S. Mail:**

Ally Financial Inc. f/k/a GMAC Inc.
P.O. Box 130424
Roseville, MN 55113

ALS Laboratory Group
c/o Ann Pille
Reed Smith, LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507

ALS Services USA, Corp.
ALS Laboratory Group
CT Corporation System
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201-4234

American Cube Mold
1515 W. 130th St. Bldg. C
Hinckly, OH 44233

American Express Travel Related Services Co.,
Inc. Corp. Card
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of Kenosha
Seth E Dizard
O'Neil Cannon Hollman DeJong & Laing SC
111 E Wisconsin Ave, #1400
Milwaukee, WI 53202

City of Richardson
Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan St Suite 1600
Dallas, TX 75201

Construction Services Associates
166 W. Washington St., Suite 750
Chicago, IL 60602

Dallas County
Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan St Suite 1600
Dallas, TX 75201

DCFS USA, L.L.C.
c/o Riezman Berger P.C.
7700 Bonhomme Ave, 7th Floor
St. Louis, MO 63105

Department of the Treasury
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Deutsch, Levy & Engel Chartered
225 W. Washington St. - Ste. 1700
Chicago, IL 60606

GE Capital Information Technology
Solutions, Incfdba IKON Financial Services
GECITS, Attn: BK Administration
PO Box 13708
Macon, GA 31208

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Gessner Engineering, LLC
PO Box 10763
College Station, TX 77842-0763

H.H. Holmes Testing Laboratories, Inc.
170 Shepard Ave. #A
Wheeling, IL 60090-6061

IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208

IKON Office Solutions
Accounts Receivable Center
Attn Bankruptcy Team
3920 Arkwright Rd Ste 400
Macon, GA 31210

3

Bravura Networks
9095 Rio San Diego Drive
Suite 220
San Diego, CA 92108

Elizabeth Banda Calvo
Richardson Independent School District
Perdue Brandon Fielder Collins & Mott
P.O. Box 13430
Arlington, TX 76094

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603
Attn: Bankruptcy Unit - 10th flr.

CIT Technology Financing Services Inc
Bankruptcy Processing Solutions Inc
1162 E Sonterra Blvd Ste 130
San Antonio, TX 78258

Environmental Data Resources, Inc.
440 Wheelers Farm Road
Milford, CT 06461

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

City of Fort Worth
Chris Mosley
1000 Throckmorton
Fort Worth, TX 76102

FedEx TechConnect
Assignee of FedEx Express/Ground
Att Revenue Recovery/Bankruptcy
3965 Airways Blvd Module G, 3rd Fl
Memphis, TN 38115

Jeffco Diamond Products & Repair
11525 Timberwild
The Woodlands, TX 77380

Jeffrey P Norman
Best Drilling Services, Inc.
10 W Broad St, Ste 900
Columbus, OH 43215

Gabriel Environmental Services
1421 N. Elston Ave
Chicago, IL 60642

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville Fl 32256

Justinian B.S. Koenings
Bank of Kenosha
O'Neil Cannon Hollman
DeJong & Laing SC
111 E Wisconsin Ave, Suite 1400
Milwaukee, WI 53202

Midwest Operating Engineers Pension Fund
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

Richardson Independent School District
R Bruce Medley
PO Box 13430
Arlington, TX 76094

Karen Cavagnaro
Lead Paralegal
AT&T, Legal Department
One AT&T Way, Suite 3A104
Bedminster, NJ 07921

Midwest Operating Engineers Retirement Enhancement
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

Roger Palmen Auto Sales
19212 Spring Street
Union Grove, WI 53182

Lois West
Popowcer Katten Ltd
35 East Wacker Drive
Suite 1550
Chicago, IL 60601-2207

Midwest Operating Engineers Welfare Fund
c/o Beverly P. Alfon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St Suite 2200
Chicago, IL 60606

RSSI
6312 West Oakton
Morton Grove, IL 60053-2723

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mostardi Platt Environmental
1520 Kensington Rd.
Oakbrook, IL 60523

Seth E Dizard
Bank of Kenosha
O'Neil Cannon Hollman
DeJong & Laing SC
111 E Wisconsin Ave, #1400
Milwaukee, WI 53202

M.A. Industries
P.O. Box 2322
303 Dividend Dr
Peachtree City, GA 30269

Munoz Engineering & Associates
P.O. Box 573011
Houston, TX 77257

Sprint
c/o Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, IL 62703

4

McGraw-Hill Construction
Credit/Collection
148 Princeton-Highstown Rd
Highstown, NJ 08520

Office of the U.S. Trustee
219 South Dearborn St.
Room 873
Chicago, IL 60604

Sprint Nextel Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

MG Drilling
6510 Fairway Drive
Houston, TX 77087

Omega Engineering Inc
One Omega Drive
Stamford, CT 06907

State of Wisconsin, DWD
Unemployment Ins
PO Box 8914
Madison, WI 53708

Midwest Operating Engineers Construction
Industry Research and
c/o Beverly P. Alfon
Baum Sigman Auerbach & Neuman, Ltd.
200 W Adams St #2200
Chicago IL 60606

Operating Engineers Local 150
Apprenticeship Fund
c/o Beverly P Alfon
200 W Adams St Ste 2200
Chicago, IL 60606

Steel Inspectors of Texas, Inc.
P.O. Box 150987
Forth Worth, TX 76108

Tarrant County
Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan St., Suite 1600
Dallas, TX 75201

Parkway Printing
P.O. BOX 434
Prospect Heights, IL 60070

SWCA Environmental Consultants
3033 N. Central Ave., Suite 145
Phoenix, AZ 85012

Tech Lab Industries, Inc.
P.O. Box 6217
Arlington, TX 76005

Parr Financial Co., Ltd.
3457 W. Irving Park Road
Chicago, IL 60618

Vibra-Tech Engineers, Inc
Attn: Marion B Henry
359 Northgate Dr
Warrendale, PA 15086

Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548

United States Nuclear Regulatory Commission
c/o United States Attorney
219 South Dearborn
5th Floor
Chicago, IL 60604

Weiss Benjamin Gussin Block LLP
Attn Lee E Gussin
801 Skokie Blvd, Suite 100
Northbrook, IL 60062

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

United States Of America
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

Wells Fargo Equipment Finance
Wells Fargo Bank NA
300 Tri-State International , Suite 400
Lincolnshire, IL 60069

The Latham Group
Attn: Aaron Mitchell
PO Box 1537
Humble, TX 77338

US Bancorp
Manifest Funding Services
Attn Bkcy Dept
1450 Channel Parkway
Marshall, MN 56258

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708

TRI/Environmental
9063 Bee Caves Road
Austin, TX 78733

US Bank N.A.
P.O. Box 5229
Cincinnati, OH 45201

Francisco Connell
Chuhak & Tecson, P.C.
30 S. Wacker Dr.
Suite 2600
Chicago, IL 60606

5

| | | |
|---|---|---|
| Van & Sons' Drilling Svc, Inc<br>319 John Alber Rd<br>Houston, TX 77044 | US Dept of Transportation,<br>Pipeline & Hazardous Materials<br>Safety Administration<br>1200 New Jersey Ave, SE Zone E-26<br>Washington, DC 20590 | Robert W Darnell<br>US Department of Justice<br>P O Box 7611<br>Washington, DC 20044 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-55500 |
| H.H. HOLMES TESTING | ) | |
| LABORATORIES, INC., | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | **Hearing Date: November 25, 2014** |
| | ) | **Hearing Time: 10:00a.m.** |
| | ) | |

**THIRD AND FINAL APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP FOR AND ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, FOR THE PERIOD OF FEBRUARY 22, 2014 THROUGH OCTOBER 30, 2014, (II) AUTHORIZING PAYMENT OF THE UNPAID FEES AND REIMBURSEMENT OF UNPAID EXPENSES AND (III) LIMITING NOTICE**

Fox, Swibel, Levin & Carroll, LLP ("FSLC")[1], special litigation counsel to David P. Leibowitz, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of H.H. Holmes Testing Laboratories, Inc. (the "Debtor"), files this Third and Final application ("Application") for an order (i) allowing an administrative claim for compensation of $11,921.00 in fees and reimbursement of expenses of $410.11, for the period of February 22, 2014 through October 30, 2014, (the "Application Period"), (ii) authorizing the Trustee to pay such allowed fees and expenses at this time, and (iii) limiting creditor notice herein to only those creditors who have filed a proof of claim in this case, pursuant to Rules 9006 and 2002(h) of the Federal Rules of Bankruptcy Procedures. For its Application, FSLC respectfully states the following:

---

[1] Prior to September 1, 2012 Fox Swibel Levin & Carroll, LLP was known as Fox Hefter Swibel Levin & Carroll, LLP.

## INTRODUCTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002(h), 2016, and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3. On December 16, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed David P. Leibowitz as chapter 7 trustee.

4. On August 28, 2012 the Court entered a final order granting the Trustee's application to retain FSLC as special bankruptcy counsel *nunc pro tunc* to August 15, 2012 [Dkt. No. 263], for the purpose of investigating, pursuing and if necessary litigating avoidance actions on behalf of the estate against insiders and third parties (the "Avoidance Actions").

5. On December 3, 2013, FSLC filed its First Interim Application for Partial Allowance of Administrative Claim for Fees and Reimbursement of Expenses, for the Period August 15, 2012 through October 31, 2013. [Dkt. 347]

6. On December 18, 2013, the Court entered an Order allowing (i) the First Application Requested Fee Amount of $40,000 and (ii) reimbursement of expenses incurred by FSLC through October 31, 2013 in the amount of $9,598. [Dkt. 354]

7. On March 14, 2014, FSLC filed its Second Interim Application for Allowance and Payment of Unpaid Fees and Reimbursement of Unpaid Expenses for Period August 15, 2012 through February 21, 2014. [Dkt. 373]

8. On March 31, 2014, the Court entered Findings of Fact and Conclusions of Law and Order Granting Compensation for N. Neville Reid, Trustee's Attorney, allowing FSLC fees of $63,669.90 and reimbursement of expenses in the amount of $544.87. [Dkt. 377]

9. On March 31, 2014, the Court entered Amended Findings of Fact and Conclusions of Law and Order Granting Compensation for N. Neville Reid, Trustee's Attorney, allowing FSLC fees of $63,669.90 and reimbursement of expenses in the amount of $544.87. [Dkt. 378]

## REQUESTED RELIEF

10. FSLC files this Application to be allowed $11,921.00 in total unpaid fees (the "Requested Fees") it incurred for work performed on behalf of the Trustee during the Application Period.

11. FSLC also seeks reimbursement of $410.11 in expenses incurred by FSLC on behalf of the estate during the Application Period (the "Expenses").

12. Attached as Exhibit A to this Application is a schedule of the name and position of each attorney and paralegal who has performed work for the Trustee for which compensation is sought, the number of hours billed by each professional and his/her hourly billing rate, as well as the year each attorney graduated from law school and was admitted to practice in Illinois.

13. Attached as Exhibit B to this Application are the detailed billing records of FSLC, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period.

3

14. Attached as <u>Exhibit C</u> is a summary of the Expenses for which FSLC seeks reimbursement.

## PROFESSIONAL SERVICES RENDERED

15. During the Application Period, FSLC performed various services on behalf of the Trustee including:

   a. Reviewed docket, updated pleadings files, and conferred with the Trustee regarding the case strategy, potential recoveries and status;

   b. Negotiated settlement agreements with various defendants on behalf of the Trustee and realized additional settlement proceeds for the Estate, bringing the total cumulative gross value of settlement proceeds (i.e. cash plus judgments) from FSLC's efforts to $211,953.50 as of the date of this Application. FSLC also achieved a reduction of claims for the Estate of $279,477.30, of which $100,145.30 consisted of reductions in administrative claims (see attached <u>Exhibit D</u>); and

   c. Prepared, filed, and presented various motions to approve compromises or settlements pursuant to Bankruptcy Rule 9019 related to several Avoidance Actions.

## APPROPRIATENESS OF FEES

16. The total amount of fees sought by FSLC for professional services in this Application is $11,921.00. Pursuant to Local Rule 5082(1)(B)(1)(c), FSLC notes that it charged the Estate $806.50 [3.2 Hours] to prepare this Application.

4

17.     The professional services provided by FSLC to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Overall, FSLC's litigation, negotiation and settlement of Avoidance Actions has realized $491,430.80 of gross value benefiting the Estate in the form of cash settlements, judgments and/or claim reductions. Compensation for the services provided by FSLC is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved. FSLC undertook all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

18.     FSLC's fees are recorded in a computerized time record system, from which the billing records attached to this Application were generated. FSLC has reviewed the billing records to ensure their accuracy.

19.     FSLC's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among attorneys and paralegals for the work performed.

20.     FSLC's Requested Fees are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Debtor's Estate.

## FSLC EXPENSE POLICIES

21.     FSLC charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, outside copying costs, outside vendor costs, and court fees. FSLC typically does not charge for internal photocopying costs or phone charges, and no such expenses are sought in this application.

5

22. The expenses sought by FSLC in this Application total $410.11, and relate to charges for PACER, messenger services, Westlaw, postage, and Federal Express. *See* Exhibit C.

23. FSLC's requested Expenses are awardable pursuant to Section 330 of the Bankruptcy Code as actual, necessary expenses incurred for the administration of the Estate.

## SUMMARY OF FEES AND EXPENSES

24. FSLC applies for allowance at this time of a total of $12,331.11 of fees and expenses (the "Total Requested Compensation"), consisting of $11,921.00 in fees and $410.11 in expenses, and requests authorization for the Trustee to pay such Total Requested Compensation in full from funds in the Estate.

## NOTICE

25. Pursuant to Bankruptcy Rule 2002(a), notice of this Application has been given to: (a) the United States Trustee for the Northern District of Illinois; (b) the Trustee; (c) the Debtor; (d) counsel to the Debtor; (e) all creditors who filed a proof of claim in this case; (f) all parties set up to receive notice through the Court's ECF filing system; and (g) all other persons who have requested notice pursuant to Bankruptcy Rule 2002. As to creditor notice, and in order to reduce costs to the Estate, FSLC requests that the Court limit notice to only those creditors who actually filed proofs of claims in this case.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, FSLC requests entry of an order allowing it an administrative claim in the amount of $12,331.11 and allowing the Trustee to pay the same.

Dated: November 3, 2014                           Respectfully submitted,

**David P. Leibowitz, not individually, but solely in his capacity as chapter 7 trustee for the Bankruptcy Estate of H.H. Holmes Testing Laboratories, Inc.,**

By: *By:*        /s/ N. Neville Reid
            One of his attorneys

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

*Special Litigation Counsel to Chapter 7 Trustee, David P. Leibowitz*

7