**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-55500 |
| | § | |
| H.H. HOLMES TESTING | § | |
| LABORATORIES, INC. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/13/2017, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed:  05/23/2017 | By:  /s/ David P. Leibowitz |
| | Trustee |

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-55500 |
| | § | |
| H.H. HOLMES TESTING | § | |
| LABORATORIES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $257,824.62
*and approved disbursements of*     $175,118.21
*leaving a balance on hand of[1]:*     $82,706.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 20 | Illinois Department of Employment Security | $11,486.62 | $11,486.62 | $0.00 | $0.00 |
| 31 | DCFS USA, L.L.C. | $26,145.51 | $0.00 | $0.00 | $0.00 |
| 51 | State of Wisconsin, DWD | $476.67 | $476.67 | $0.00 | $0.00 |
| 74 | State of Wisconsin, DWD | $569.42 | $569.42 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $82,706.41

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $16,141.23 | $0.00 | $16,141.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Expenses | $63.84 | $0.00 | $63.84 |
| Lakelaw, Attorney for Trustee Fees | $25,297.50 | $0.00 | $25,297.50 |
| Lakelaw, Attorney for Trustee Expenses | $2,371.24 | $0.00 | $2,371.24 |
| LOIS WEST/Popowcer Katten, Accountant for Trustee Fees | $4,000.00 | $4,000.00 | $0.00 |
| Rosen Systems, Inc., Auctioneer for Trustee Fees | $2,661.55 | $2,661.55 | $0.00 |
| Rosen Systems, Inc. , Auctioneer for Trustee Expenses | $3,841.12 | $3,841.12 | $0.00 |
| Office of the U.S. Trustee, U.S. Trustee Quarterly Fees | $1,625.00 | $0.00 | $1,625.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Fees | $11,921.00 | $11,921.00 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Fees | $40,000.00 | $40,000.00 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Fees | $63,669.90 | $63,669.90 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Expenses | $410.11 | $410.11 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Expenses | $544.87 | $544.87 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Expenses | $9,598.04 | $9,598.04 | $0.00 |
| Other: Lois West, Accountant for Trustee Fees | $23,008.00 | $0.00 | $23,008.00 |
| Other: Caleb Malone , Other Professional Fees | $675.00 | $675.00 | $0.00 |
| Other: Caleb Malone Process Service, LLC, Other Professional Fees | $3,150.00 | $3,150.00 | $0.00 |
| Other: Stern Process & Investigation, LLC, Other Professional Fees | $652.74 | $652.74 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $68,506.81
Remaining balance: $14,199.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Butler Rubin Saltarelli & Boyd LLP, Attorney for D-I-P Fees | $37,500.00 | $0.00 | $1,414.93 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other: Neal Wolf & Associate, LLC, Attorney for D-I-P Fees | $154,251.93 | $0.00 | $5,820.12 |
| Other: Silverman Consulting, Consultant Fees | $134,290.00 | $0.00 | $5,066.93 |
| Other: Illinois Department of Revenue, Other Operating Expenses | $2,543.70 | $0.00 | $95.98 |
| Other: Illinois Department of Revenue, Other Operating Expenses | $19,463.74 | $0.00 | $734.39 |
| Other: Texas Workforce Commission, Other Operating Expenses | $6,177.12 | $0.00 | $233.07 |
| Other: Wisconsin Department of Revenue, Other Operating Expenses | $6,507.27 | $0.00 | $245.53 |
| Other: The Latham Group, Inc, Other Prior Chapter Administrative Expenses | $15,601.21 | $0.00 | $588.65 |

Total to be paid to prior chapter administrative expenses: $14,199.60
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,115,960.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 15 | Dept of the Treasury | $941,171.51 | $0.00 | $0.00 |
| 20a | Illinois Department of Employment Security | $58,532.59 | $0.00 | $0.00 |
| 21 | Illinois Department of Employment Security | $13,001.46 | $0.00 | $0.00 |
| 35 | Illinois Department of Revenue | $74,526.52 | $0.00 | $0.00 |
| 40 | Texas Workforce Commission | $3,712.56 | $0.00 | $0.00 |
| 51a | State of Wisconsin, DWD | $150.00 | $0.00 | $0.00 |
| 52 | Texas Comptroller of Public Accounts | $1,032.84 | $0.00 | $0.00 |
| 57 | Wisconsin Department of Revenue | $23,334.15 | $0.00 | $0.00 |
| 74a | State of Wisconsin, DWD | $499.31 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,450,927.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | Sprint Nextel Correspondence | $0.00 | $0.00 | $0.00 |
| 8A | Sprint Nextel | $10,515.61 | $0.00 | $0.00 |
| 10 | US Bancorp | $53,223.56 | $0.00 | $0.00 |
| 11 | Gabriel Environmental Services | $45,214.81 | $0.00 | $0.00 |
| 12 | Wells Fargo Equipment Finance | $279.93 | $0.00 | $0.00 |
| 13 | M.A. Industries | $2,023.90 | $0.00 | $0.00 |
| 14 | Environmental Data Resources, Inc. | $495.00 | $0.00 | $0.00 |
| 19 | General Electric Capital Corp | $3,284.43 | $0.00 | $0.00 |
| 21a | Illinois Department of Employment Security | $720.00 | $0.00 | $0.00 |
| 22 | Steel Inspectors of Texas, Inc. | $20,538.75 | $0.00 | $0.00 |
| 23 | American Cube Mold | $1,651.75 | $0.00 | $0.00 |
| 24a | Operating Engineers Local 150 | $0.00 | $0.00 | $0.00 |
| 25 | Midwest Operating Engineers Welfare Fund | $0.00 | $0.00 | $0.00 |
| 26 | Midwest Operating Engineers Pension Fund | $0.00 | $0.00 | $0.00 |
| 27 | Midwest Operating Engineers Construction | $554.10 | $0.00 | $0.00 |
| 28 | MG Drilling | $4,802.50 | $0.00 | $0.00 |
| 29 | Bravura Networks | $8,778.72 | $0.00 | $0.00 |
| 30 | RSSI | $3,600.00 | $0.00 | $0.00 |
| 32 | Roger Palmen Auto Sales | $2,673.39 | $0.00 | $0.00 |
| 33 | Parkway Printing | $1,156.90 | $0.00 | $0.00 |
| 34 | Weiss Benjamin Gussin Block LLP | $0.00 | $0.00 | $0.00 |
| 36 | Tech Lab Industries, Inc. | $993.78 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 37 | CIT Technology Financing Services Inc | $11,781.92 | $0.00 | $0.00 |
| 38 | Mostardi Platt Environmental | $2,000.00 | $0.00 | $0.00 |
| 39 | IKON Office Solutions | $4,578.48 | $0.00 | $0.00 |
| 41 | Jeffco Diamond Products & Repair | $353.97 | $0.00 | $0.00 |
| 43 | IKON Financial Services | $13,749.24 | $0.00 | $0.00 |
| 44 | McGraw-Hill Construction | $1,491.50 | $0.00 | $0.00 |
| 46 | SWCA Enironmental Consultants | $16,778.76 | $0.00 | $0.00 |
| 47 | Construction Services Associates | $175.00 | $0.00 | $0.00 |
| 48 | LVNV Funding LLC | $6,000.83 | $0.00 | $0.00 |
| 49 | CenTrust Bank, N.A. | $997,087.77 | $0.00 | $0.00 |
| 50 | CenTrust Bank, N.A. | $932,248.10 | $0.00 | $0.00 |
| 53 | TRI/Environmental | $1,635.00 | $0.00 | $0.00 |
| 54 | Munoz Engineering & Associates | $1,170.00 | $0.00 | $0.00 |
| 55 | American Express Travel Related Services | $15,767.67 | $0.00 | $0.00 |
| 56 | Deutsch, Levy & Engel Chtd. | $34,998.59 | $0.00 | $0.00 |
| 58 | Bureau Veritas North America Inc | $222,535.96 | $0.00 | $0.00 |
| 60 | FedEx TechConnect | $1,638.91 | $0.00 | $0.00 |
| 62 | City of Fort Worth | $40.00 | $0.00 | $0.00 |
| 63 | City of Fort Worth Fire Department Revenue Group | $0.00 | $0.00 | $0.00 |
| 65 | LVNV Funding LLC | $6,000.83 | $0.00 | $0.00 |
| 66 | Pitney Bowes Inc | $1,064.22 | $0.00 | $0.00 |
| 67 | Vibra-Tech Engineers, Inc | $1,234.50 | $0.00 | $0.00 |
| 68 | Gessner Engineering, LLC | $2,510.00 | $0.00 | $0.00 |
| 69 | Van & Sons' Drilling Svc, Inc | $6,988.00 | $0.00 | $0.00 |
| 70 | Omega Engineering Inc | $2,436.84 | $0.00 | $0.00 |
| 71 | M.A. Industries, Inc. | $4,684.29 | $0.00 | $0.00 |
| 72 | The Latham Group | $0.00 | $0.00 | $0.00 |
| 75 | Midwest Operating Engineers Welfare Fund | $0.00 | $0.00 | $0.00 |
| 76 | Midwest Operating Engineers Pension Fund | $0.00 | $0.00 | $0.00 |
| 77 | Operating Engineers Local 150 Apprenticeship Fund | $0.00 | $0.00 | $0.00 |
| 78 | MOE Construction Industry Research & Service Fund | $554.10 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 79 | Midwest Operating Engineers Retirement Enhancement | $915.69 | $0.00 | $0.00 |

        Total to be paid to timely general unsecured claims:     $0.00
        Remaining balance:     $0.00

    Tardily filed claims of general (unsecured) creditors totaling $9,308.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 82 | GE Capital Information Technology Solutions, Inc | $9,308.67 | $0.00 | $0.00 |

        Total to be paid to tardily filed general unsecured claims:     $0.00
        Remaining balance:     $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $238,747.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 15a | Dept of the Treasury | $216,869.39 | $0.00 | $0.00 |
| 20c | Illinois Department of Employment Security | $2,295.00 | $0.00 | $0.00 |
| 35a | Illinois Department of Revenue | $7,909.80 | $0.00 | $0.00 |
| 40a | Texas Workforce Commission | $616.10 | $0.00 | $0.00 |
| 52a | Texas Comptroller of Public Accounts | $200.00 | $0.00 | $0.00 |
| 57a | Wisconsin Department of Revenue | $5,632.31 | $0.00 | $0.00 |
| 81 | US Dept of Transportation, | $5,225.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                 Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**