## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| **H.H. HOLMES TESTING** | ) | |
| **LABORATORIES, INC.** | ) | **Case No. 10 B 55500** |
| | ) | |
| | ) | **Hon. Timothy A. Barnes** |
| | ) | **Bankruptcy Judge** |
| **Debtor** | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 23, 2017, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by the methods indicated therein.

Date:  May 23, 2017

_/s/ Rachel A. Leibowitz_
Paralegal

Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, Illinois 60604
847.249.9100

## SERVICE LIST

**Parties to receive electronic notice through CM/ECF:**

John M Brom on behalf of Defendant The Latham Group, Inc.
jbrom@querrey.com, cdicaro@querrey.com;jalonso@querrey.com

Francisco Connell on behalf of Creditor Centrust Bank N.A.
fconnell@chuhak.com, hcummins@chuhak.com

Robert W Darnell on behalf of Interested Party United States Of America
robert.darnell@usdoj.gov

Dennis A Dressler on behalf of Creditor Wells Fargo Financial Leasing Manufactuer Service Group, a
Division of Wells Fargo Bank, N.A.
ddressler@dresslerpeters.com

Thomas R. Fawkes on behalf of Creditor Bank of Kenosha
tomf@goldmclaw.com, seanw@restructuringshop.com;teresag@restructuringshop.com

E. Philip Groben on behalf of Defendant Scott R. Nelson
pgroben@gcklegal.com

Neil E Holmen on behalf of Creditor Bureau Veritas North America, Inc.
nholmen@wwmlawyers.com, lfelau@wwmlawyers.com

James W Kienzle on behalf of Creditor Bureau Veritas North America, Inc.
jkienzle@wwmlawyers.com

Kathryn A Klein on behalf of Creditor DCFS USA, L.L.C. (DCFS)
iln@riezmanberger.com

Elizabeth A LaRose on behalf of Defendant International Union of Operating Engineers, Local 150, AFL-
CIO
elarose@local150.org, docketing@local150.org;lkramer@local150.org

Elizabeth A LaRose on behalf of Defendant Midwest Operating Engineers Apprenticeship Fund
elarose@local150.org, docketing@local150.org;lkramer@local150.org

Elizabeth A LaRose on behalf of Defendant Midwest Operating Engineers Fringe Benefits Fund
elarose@local150.org, docketing@local150.org;lkramer@local150.org

Elizabeth A LaRose on behalf of Defendant Midwest Operating Engineers Pension Fund
elarose@local150.org, docketing@local150.org;lkramer@local150.org

Elizabeth A LaRose on behalf of Defendant Midwest Operating Engineers Welfare Fund
elarose@local150.org, docketing@local150.org;lkramer@local150.org

Nathan D Larsen on behalf of Defendant Butler Rubin Saltarelli & Boyd LLP
nlarsen@butlerrubin.com, gcolavito@butlerrubin.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Bryan E. Minier on behalf of Creditor Lamb, Little & Co.
bminier@lathropgage.com, mvargas@lathropgage.com

Bryan E. Minier on behalf of Defendant Lamb, Little & Co.
bminier@lathropgage.com, mvargas@lathropgage.com

Gerald F. Munitz on behalf of Debtor 1 Nelson Leasing
gmunitz@nealwolflaw.com,
nwolf@nealwolflaw.com;dwolski@nealwolflaw.com;dgramlich@nealwolflaw.com

Joel R Nathan on behalf of Interested Party United States Nuclear Regulatory Commission
joel.nathan@usdoj.gov,
paula.gabriel@usdoj.gov,marina.ravelo@usdoj.gov,carol.bithos@usdoj.gov,ecf1.ausa@usdoj.gov,patric
k.johnson2@usdoj.gov

Elizabeth Gayle Peterson on behalf of Plaintiff Daivd P. Leibowitz
epeterson@fslc.com

Elizabeth Gayle Peterson on behalf of Plaintiff David Leibowitz
egp5881@gmail.com

Elizabeth Gayle Peterson on behalf of Spec. Counsel Fox, Hefter, Swibel, Levin & Carroll, LLC
egp5881@gmail.com

James M Philbrick on behalf of Creditor Ally Financial f/k/a GMAC
jmphilbrick@att.net

N. Neville Reid on behalf of Trustee David P Leibowitz, ESQ
nreid@foxswibel.com, bkdocket@fslc.com,kmcfarland@fslc.com

Jeffrey B Rose on behalf of Defendant Silverman Consulting, Inc.
jrose@lowis-gellen.com, abolling@lowis-gellen.com

Ryan T Schultz on behalf of Plaintiff David Leibowitz
rschultz@fslc.com, bkdocket@fslc.com

Ryan T Schultz on behalf of Trustee David P Leibowitz, ESQ
rschultz@foxswibel.com, bkdocket@fslc.com

Brian L Shaw on behalf of Defendant TSIT a/k/a T. Smith Inspection and Testing LLC
bshaw100@shawfishman.com, mzavala@shawfishman.com

Zachary M Stern on behalf of Defendant Silverman Consulting, Inc.
zstern@tishlerandwald.com

Cheryl Tama Oblander on behalf of blank Nelson Leasing
ctama@agdglaw.com, jgrote@agdglaw.com

Brian Ira Tanenbaum on behalf of Creditor Centrust Bank N.A.
brian@bitlaw.org

Bruce L Wald on behalf of Defendant Silverman Consulting, Inc.
bwald@tishlerandwald.com

Neal L Wolf on behalf of Financial Advisor Silverman Consulting
nwolf@freeborn.com, dwolski@tetzlafflegal.com

Neal L Wolf on behalf of blank Nelson Leasing
nwolf@freeborn.com, dwolski@tetzlafflegal.com

Stephen G Wolfe on behalf of U.S. Trustee Patrick S Layng
steve.g.wolfe@usdoj.gov, jennifer.r.toth@usdoj.gov

Bruce E de'Medici on behalf of Interested Party Holmes Testing, Inc.
bdemedici@gmail.com

Bruce E de'Medici on behalf of Interested Party Windmill Environmental Services, LLC
bdemedici@gmail.com

**Parties to receive notice via First Class United States Mail:**

Ally Financial Inc. f/k/a GMAC Inc.
P O Box 130424
Roseville, MN 55113

Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

Richardson Independent School District
R Bruce Medley
PO Box 13430
Arlington, TX 76094

US Bancorp
Manifest Funding Services
Attn Bkcy Dept
1450 Channel Parkway
Marshall, MN 56258

Gabriel Environmental Services
1421 N. Elston Ave
Chicago, IL 60642

Wells Fargo Equipment Finance
Wells Fargo Bank NA
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

M.A. Industries
P.O. Box 2322
303 Dividend Dr
Peachtree City, GA 30269

Environmental Data Resources, Inc.
440 Wheelers Farm Road
Milford, CT 06461

Dept of the Treasury
Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Tarrant County
Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan St Suite 1600
Dallas, TX 75201

Dallas County
Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan St Suite 1600
Dallas, TX 75201

City of Richardson
Elizabeth Weller
Linebarger Goggan Blair & Sampson
2323 Bryan St Suite 1600
Dallas, TX 75201

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

Illinois Department of Employment Security
33 South State Street, 10th Flr
Bankruptcy Unit
Chicago, IL 60603

Steel Inspectors of Texas, Inc.
P.O. Box 150987
Forth Worth, TX 76108

American Cube Mold
1515 W. 130th St. Bldg. C
Hinckly, OH 44233

Operating Engineers Local 150
Apprenticeship Fund
c/o Beverly P Alfon
200 W Adams St Ste 2200
Chicago, IL 60606

Midwest Operating Engineers Welfare Fund
c/o Beverly P. Alfon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St Suite 2200
Chicago, IL 60606

Midwest Operating Engineers Pension Fund
c/o Beverly P. Alfon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St Suite 2200
Chicago, IL 60606

Midwest Operating Engineers Construction
Industry Research and Svc Trust Fund
c/o Beverly P. Alfon
Baum Sigman Auerbach & Neuman, Ltd.
200 W Adams St #2200, Chicago IL 60606

MG Drilling
6510 Fairway Drive
Houston, TX 77087

Bravura Networks
9095 Rio San Diego Drive
Suite 220
San Diego, CA 92108

RSSI
6312 West Oakton
Morton Grove, IL 60053-2723

DCFS USA, L.L.C.
c/o Riezman Berger P.C.
7700 Bonhomme Ave, 7th Floor
St. Louis, MO 63105

Roger Palmen Auto Sales
19212 Spring Street
Union Grove, WI 53182

Parkway Printing
P.O. BOX 434
Prospect Heights, IL 60070

Weiss Benjamin Gussin Block LLP
Attn Lee E Gussin
801 Skokie Blvd
Suite 100
Northbrook, IL 60062

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Tech Lab Industries, Inc.
P.O. Box 6217
Arlington, TX 76005

CIT Technology Financing Services Inc
Bankruptcy Processing Solutions Inc
1162 E Sonterra Blvd Ste 130
San Antonio, TX 78258

Mostardi Platt Environmental
1520 Kensington Rd.
Oakbrook, IL 60523

IKON Office Solutions
Accounts Receivable Center
Attn Bankruptcy Team
3920 Arkwright Rd Ste 400
Macon, GA 31210

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

Jeffco Diamond Products & Repair
11525 Timberwild
The Woodlands, TX 77380

IKON Financial Services
Bankruptcy Administration
P.O. Box 13708
Macon, GA 31208

McGraw-Hill Construction
Credit/Collection
148 Princeton-Highstown Rd
Highstown, NJ 08520

US Bank N.A.
P.O. Box 5229
Cincinnati, OH 45201

SWCA Enironmental Consultants
3033 N. Central Ave.
Suite 145
Phoenix, AZ 85012

Construction Services Associates
166 W. Washington St.
Suite 750
Chicago, IL 60602

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CenTrust Bank, N.A.
John A Benson Jr
Belongia Shapiro & Franklin LLP
20 S Clark St Ste 300
Chicago, IL 60603

State of Wisconsin, DWD
Unemployment Ins
PO Box 8914
Madison, WI 53708

Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548

TRI/Environmental
9063 Bee Caves Road
Austin, TX 78733

Munoz Engineering & Associates
P.O. Box 573011
Houston, TX 77257

American Express Travel Related Services
Co, Inc Corp Card
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Deutsch, Levy & Engel Chtd.
c/o Margery Newman
225 W. Washington, Ste 1700
Chicago, IL 60606

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708

Bureau Veritas North America Inc
Neil E Holmen
Walker Wilcox Matousek LLP
225 W Washington St Ste 2400
Chicago, IL 60606

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

FedEx TechConnect
Assignee of FedEx Express/Ground
Att Revenue Recovery/Bankruptcy
3965 Airways Blvd Module G, 3rd Fl
Memphis, Tennessee 38115

City of Fort Worth
Chris Mosley
1000 Throckmorton
Fort Worth, TX 76102

City of Fort Worth Fire Department Revenue Group
c/o Christopher B. Mosley
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville FL 32256

Vibra-Tech Engineers, Inc
Attn: Marion B Henry
359 Northgate Dr
Warrendale, PA 15086

Gessner Engineering, LLC
PO Box 10763
College Station, TX 77842-0763

Van & Sons' Drilling Svc, Inc
319 John Alber Rd
Houston, TX 77044

Omega Engineering Inc
One Omega Drive
Stamford, CT 06907

M.A. Industries
P.O. Box 2322
303 Dividend Dr
Peachtree City, GA 30269

The Latham Group, Inc
John M Brom, Querrey & Harrow
175 W Jackson Ste 1600
Chicago, IL 60604

Midwest Operating Engineers Welfare Fund
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

Midwest Operating Engineers Pension Fund
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

Operating Engineers Local 150 Apprenticeship Fund
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

MOE Construction Industry Research & Service Fund
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

Midwest Operating Engineers Retirement Enhancement
Baum Sigman Auerbach & Neuman, Ltd.
c/o Jennifer Dunitz-Geiringer
200 W. Adams Street, Suite 2200
Chicago, IL 60606

US Dept of Transportation,
Pipeline & Hazardous Materials
Safety Administration
1200 New Jersey Ave, SE Zone E-26
Washington, DC 20590

GE Capital Information Technology Solutions, Inc
fdba IKON Financial Services
GECITS, Attn: BK Administration
PO Box 13708
Macon, GA 31208

Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901

Neal Wolf & Associate, LLC
c/o Neal L. Wolf
25317 N. Countryside Drive
Lake Barrington, IL 60010

H.H. Holmes Testing Laboratories, Inc.
170 Shepard Ave. #A
Wheeling, IL 60090-6061

Lois West, CPA
Kutchins, Robbins & Diamond Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601

Nathan D Larsen
Butler Rubin Saltarelli & Boyd LLP
321 N Clark St #400
Chicago, IL 60654

Silverman Consulting, Inc.
5750 Old Orchard Rd # 520
Skokie, IL 60077

.