UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-55500 |
| H.H. HOLMES TESTING | ) | |
| LABORATORIES, INC. | ) | Chapter: 7 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND AND FINAL APPLICATION
OF LOIS WEST AND POPOWCER KATTEN, LTD.,
AS ACCOUNTANTS TO THE TRUSTEE, FOR COMPENSATION**

Upon consideration of the second and final application ("Application") of Lois West and Popowcer Katten, Ltd. (collectively, "Popowcer"), as accountants to the Trustee, requesting the entry of an order pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Local Rule 5082-1, allowing $23,008 in compensation for 105.8 hours of professional services rendered on behalf of the Trustee for the period beginning May 5, 2012 through and including November 30, 2013 ("Application Period") and making the previous interim award of $4,000 final; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application;

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein.
2. Popowcer is allowed $23,008 in final compensation for the Application Period.
3. The previous interim award of an additional $4,000 is hereby made final, for total final compensation in the amount of $27,008.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 13, 2017

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, IL 60604
847.249.9100